IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Rodni Chambers,                                :
                                               :
         Petitioner(s),                        :
                                               :   Case Number: 1:10cv455
     vs.                                       :
                                               :   Chief Judge Susan J. Dlott
Warden, London Correctional Institution,       :
                                               :
         Respondent(s).                        :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz filed on August 11, 2011 (Doc. 16), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 29, 2011, hereby ADOPTS said Report and Recommendation.

Accordingly, the petition is **DISMISSED** with prejudice.  Since reasonable jurists will not disagree with this, petitioner is **DENIED** leave to appeal *in forma pauperis* and any requested certificate of appealability.

IT IS SO ORDERED.

                                                        s/Susan J. Dlott
                                                    Chief Judge Susan J. Dlott
                                                    United States District Court